452 A.2d 51

Commonwealth v. Walker, Jr., Appellant.

Submitted February 17, 1982.  William F. Ochs, Public Defender, for appellant;  George C. Yatron, District Attorney, for Commonwealth, appellee.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

The judgment of sentence is affirmed.